■ WILLIAM J. COLE, JR., et al., Plaintiffs, v. LONG ISLAND LIGHTING COMPANY et al., Defendants, and CAYE CONSTRUCTION CO., INC., Appellant. CAYE CONSTRUCTION CO., INC., Third-Party Plaintiff-Appellant, v. UNITED CAST STONE CO. et al., Third-Party Defendants-Respondents.— Motion by third-party plaintiff-appellant for leave to appeal to the Court of Appeals. Motion denied. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, v. DAVID A. GOLDNER, an Attorney, Respondent.— ■

In our opinion, the charges enumerated below upon which the Referee found the respondent guilty, are amply supported by the record and show clearly his unfitness to remain a member of the Bar. These charges are: (a) failure to provide clients with statements relative to the settlement and disposition of their cases; (b) division of fees for legal services with persons other than lawyers; (c) subornation of perjury; (d) perjury committed upon the hearings before the Special Referee. In our opinion, respondent's guilt of charges (a), (b) and (c) (supra), is sufficient to warrant his disbarment without consideration of his guilt on the fourth charge, (d). However, his guilt on such fourth charge leaves no question as to the nature or extent of the discipline here required. When an attorney has deliberately attempted by perjured testimony to escape the consequences of his misconduct, he is no longer fit to remain a member of the profession (Matter of Sidman, 268 App. Div. 1040, motion for leave to appeal denied 294 N. Y. 645; Matter of Smith, 148 App. Div. 291, 295; Matter of Thorn, 164 App. Div. 151). A further hearing is unwarranted. The record amply sustains the findings of the Special Referee, without resorting to any alleged extra-judicial checking of the so-called " yellow sheets." Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur; Kleinfeld, J., not voting.

■ In the Matter of ELLEN J. MILLER, Respondent, v. ROBERT P. SLOCUM et al., Appellants. In the Matter of LYNN-DELL ESTATES, INC., Respondent, v. ROBERT P. SLOCUM et al., Appellants.— Motions by appellant for a stay, pending appeals, granted, on condition that appellant perfect the appeals and be ready to argue or submit them at the March Term, beginning February 26, 1962; appeals ordered on the calendar for said term. The records and appellant's briefs must be served and filed on or before February 1, 1962. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of JEROME A. WEISS, Respondent, v. ROBERT E. HERMAN, as State Rent Administrator, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 2, 1962. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.